In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-177 CR


____________________



REX EDWARD BULLARD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-070454-R 






MEMORANDUM OPINION


 On March 18, 2008, the trial court sentenced Rex Edward Bullard on a conviction for
burglary of a habitation. Bullard filed a notice of appeal on April 9, 2008. The trial court
entered a certification of the defendant's right of appeal in which the court certified that this
is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals.

 On April 14, 2008, we notified the parties that we would dismiss the appeal unless an
amended certification was filed within fifteen days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been supplemented
with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered May 14, 2008

Do not publish


Before Gaultney, Kreger, and Horton, JJ.